HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
Eric V. Kersten, Bar # 226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2228
Telephone: 559.487.5561
eric_kersten@fd.org

Attorney for Defendant
MARIA GUADALUPE RAMOS ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:23-cr-00173-NODJ-BAM-4 |
|---|---|
| Plaintiff, | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; ORDER |
| MARIA GUADALUPE RAMOS ORTEGA, | |
| Defendant. | |

    Eric V. Kersten, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant MARIA GUADALUPE RAMOS ORTEGA. As grounds, he states:

1. The Federal Defender's Office was appointed to represent Maria Guadalupe Ramos Ortega on August 18, 2023, at her initial appearance. Dkt. #7.

2. At the time of appointment, the undersigned was an Assistant Federal Defender with the Federal Defender's Office in Fresno.

3. Effective February 1, 2025, the undersigned will no longer be with the Federal Defender's Office Eastern District of California.

4. As Ms. Ortega is still in need to counsel to represent her, our office has contacted CJA panel attorney David Torres, who is available and willing to accept the appointment.

5. Accordingly, the undersigned requests that he be permitted to withdraw from the case, and that new counsel, David Torres, be appointed.

Respectfully submitted,

DATED: January 24, 2025  /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for MARIA GUADALUPE RAMOS ORTEGA

**O R D E R**

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of MARIA GUADALUPE RAMOS ORTEGA, and that CJA panel counsel David Torres shall be appointed.

IT IS SO ORDERED.

Dated:  **January 24, 2025**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Ortega: Motion to Withdraw