**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MARIA RAMOS-ORTEGA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA RAMOS-ORTEGA,<br><br>Defendant, | Case No.: 1:23-CR-00173-NODJ-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; AND ORDER** |

Defendant, MARIA RAMOS-ORTEGA, hereby waives her appearance in person in open court upon the status conference set for Wednesday, February 26, 2025, of the above-entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 02/25/2025                         */s/MARIA RAMOS-ORTEGA*
                                         MARIA RAMOS-ORTEGA


Date: 02/25/2025                         */s/David A. Torres*
                                         DAVID A. TORRES,
                                         Attorney for Defendant

Defendants Request and Waiver of Appearance - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant MARIA RAMOS-ORTEGA is hereby excused from appearing at this court hearing scheduled for Wednesday, February 26, 2025.

IT IS SO ORDERED.

Dated:   **February 26, 2025**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE