ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00173-JWH-BAM |
| Plaintiff, | STIPULATION SETTING CHANGE OF PLEA HEARING; FINDINGS AND ORDER |
| v. | |
| MARIA GUADALUPE RAMOS ORTEGA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on February 17, 2026.

2. By this stipulation, the defendant now moves to vacate the trial date as to her only and set a change of plea hearing on January 12, 2026.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

Dated:  December 3, 2025

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: December 3, 2025

/s/ DAVID TORRES
DAVID TORRES
Counsel for Maria Guadalupe Ramos Ortega

## **ORDER**

IT IS SO ORDERED that the jury trial set for February 17, 2026 and trial confirmation set for February 2, 2026 are vacated as to Defendant Maria Guadalupe Ramos Ortega. A change of plea hearing is set for **January 12, 2026, at 9:30 a.m. in Courtroom 5 before Chief Judge Troy L. Nunley.** Time was previously excluded through February 18, 2026.

IT IS SO ORDERED.

Dated:   **December 4, 2025**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2