ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00173-DAD-EPG-4 |
| Plaintiff, | STIPULATION CONTINUIGN SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| MARIA GUADALUPE RAMOS ORTEGA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for sentencing on June 15, 2026.

2.     By this stipulation, the defendant now moves to continue sentencing to September 14, 2026, at 10:00 AM in Courtroom 5 in Fresno before District Judge Dale Drozd.  Defense requires additional time to prepare for sentencing.

3.     The government has no objection.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

1

IT IS SO STIPULATED.


Dated:  June 9, 2026                                         ERIC GRANT
                                                            United States Attorney

                                                            /s/ ANTONIO J. PATACA
                                                            ANTONIO J. PATACA
                                                            Assistant United States Attorney



Dated: June 9, 2026                                         /s/ DAVID TORRES
                                                            DAVID TORRES
                                                            Counsel for Maria Guadalupe Ramos Ortega




## FINDINGS AND ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to this defendant previously scheduled for June 15, 2026, is continued to September 14, 2026, at 10:00 a.m. in Courtroom 5 in Fresno.

IT IS SO ORDERED.

Dated:  **June 9, 2026**                      _____
                                              DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE

2